NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BENJAMIN MADDEROM,                      )
                                        )
            Appellant,                  )
                                        )
v.                                      )        Case No. 2D18-2566
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____ )

Opinion filed May 29, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Joseph A. Bulone, Judge.

Benjamin Madderom, pro se.

PER CURIAM.

            Affirmed.

LaROSE, C.J., and NORTHCUTT and ATKINSON, JJ., Concur.